IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03307-RPM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

ROBERT PERCIASEPE in his official capacity as ACTING ADMINISTRATOR,
  UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

_____

ORDER FOR STAY
_____

    Upon review of the Joint Motion for Stay of Proceedings [7] filed March 1, 2013, it is

    ORDERED that all proceedings in this case are stayed through April 30, 2013.

    DATED: March 4th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge