IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03307-RPM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

ROBERT PERCIASEPE in his official capacity as ACTING ADMINISTRATOR,
  UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

_____

### ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

Upon review of Plaintiff's Unopposed Motion for Leave to File Its Amended and Supplemental Complaint [9] filed May 1, 2013, it is

ORDERED that the motion is granted and the amended and supplemental complaint attached thereto is accepted for filing.

DATED: May 2nd, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge