IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03307-RPM

WILDEARTH GUARDIANS,

      Plaintiff,

v.

GINA MCCARTHY, in her official capacity as ACTING ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.

_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED AND SUPPLEMENTAL COMPLAINT
_____

After review of Defendant's Unopposed Motion for Extension of Time to Respond to First Amended and Supplemental Complaint, filed August 28, 2013 [20], it is

ORDERED that the motion is granted.

DATED: August 29th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge