IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03307-RPM

WILDEARTH GUARDIANS,

      Plaintiff,

v.

GINA MCCARTHY, in her official capacity as ACTING ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.
_____

ORDER FOR STATUS REPORT
_____

      On August 29, 2013, this Court entered an order extending the time to respond to

the First Amended and Supplemental Complaint.  Nothing further has been filed and it is

therefore

      ORDERED that counsel shall file a status report on or before February 17, 2014.

      DATED: February 6th, 2014

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior Judge