IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03307-RPM

WILDEARTH GUARDIANS,

     Plaintiff,

v.

GINA McCARTHY, in her official capacity as ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

     Defendant.

_____

ORDER FOR CLARIFICATION
_____

On February 18, 2014, the parties filed a joint status report, requesting the entry of the Consent Decree, lodged with this court on August 28, 2013.  The status report indicates that because of a lapse of appropriations in October, 2013, the deadlines for several dates and revised litigation cost settlement were negotiated.  The consent decree includes dates for action which have already passed.  *See* paragraphs 5 through 18.  Apparently, the contemplated revisions have not been made in the consent decree and the proposed consent decree should be revised accordingly to include findings of compliance if the parties agree that those paragraphs' requirements have been met or to change the dates to prospective events.

     DATED: February 21st, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge